Local MIE Form 3
(11/03)

Order of the Court to Dismiss Violation Petition/
Recall Warrant/Summons/
Request Further Action From the Court

**UNITED STATES DISTRICT COURT**

for the

**Eastern District of Michigan**

FILED
FEB 07 2008
PATRICK J. DUGGAN
U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA

v.

James Meredith Bonner      Crim. No. _____CR 98-80881-DT-01_____

On December 20, 2006, the Court authorized a petition and warrant for supervised release violation charge(s).

The Probation Department is recommending that the violation petition be dismissed and the warrant be recalled and that the case be closed.

Reviewed and Approved:                 Respectfully submitted,

Michelle D. Livingston                   Ann R. Smith
Supervising U.S. Probation Officer       U.S. Probation Officer
313-234-5579                                313-234-5461

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the violation petition dated December 20, 2006 be dismissed, the warrant be recalled and that the case be closed.

FEB 07 2008

Dated this ____ Day of _____, 2008.

_____
Honorable Patrick J. Duggan
United States District Judge

cc: DUSM
    AUSA